JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEYNABETHANY ERMITANIO DUMLAO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:23-cv-00607-AJR<br><br>**JUDGMENT** |

IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: December 15, 2023　　　　_____
　　　　　　　　　　　　　　　　　HON. A. JOEL RICHLIN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE