U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEYNABETHANY EMITANIO DUMLAO,<br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security Administration,[1]<br><br>    Defendant. | No: 5:23-cv-00607-AJR<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: January 10, 2024   _____/s/ Joel Richlin_____
                                  HON. A. JOEL RICHLIN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin J. O'Malley is substituted in as the Defendant.

-1-